IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM** #4

IN RE: W.R. Grace et al

| | | |
|---|---|---|
| Santa Teresa Medical Office Building | ) ) ) | |
| Appellant | ) | Civil Action No.  07-306 |
| v. | ) ) | |
| W.R. Grace et al | ) ) | |
| Appellee | ) | Bankruptcy Case No. 01-01139 |
| | | AP 07-35 |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 4/17/07 was docketed in the District Court on 5/25/07:

> Order Dissallowing and Expunging of 71 Claims Filed by Speights & Runyan

Please place the civil action number and caption listed above on all papers concerning this matter. Rules contained in Part VIII of the Federal Rules of Bankruptcy Procedure apply.  **When filing a brief, in addition to the electronically filed document, counsel shall submit to the Clerk's Office of the U.S. District Court a courtesy copy of the brief**.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

> Appellant's Brief due 6/14/07
> Peter T. Dalleo
> Clerk of Court

Date:  5/25/07

To:  U.S. Bankruptcy Court
       Counsel